```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LAUREN D. CUSICK, Bar #FL 0014255
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    OCTAVIO ZUNIGA MONDRAGON
 7

 8

 9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    )  No. CR-S-08-196-EJG
                                 )
13               Plaintiff,      )  STIPULATION AND ORDER CONTINUING
                                 )  STATUS CONFERENCE
14       v.                      )
                                 )
15  OCTAVIO ZUNIGA MONDRAGON,    )  Date:  September 5, 2008
                                 )  Time:  10:00 a.m.
16               Defendant.      )  Judge: Edward J. Garcia
    _____)
17
```

18      It is hereby stipulated between the parties, Daniel S. McConkie,

19 Assistant United States Attorney, attorney for plaintiff, and Lauren D.

20 Cusick, Assistant Federal Defender, attorney for defendant, OCTAVIO

21 ZUNIGA MONDRAGON, that the status conference hearing date of

22 September 5, 2008, be vacated and rescheduled for October 17, 2008 at

23 10:00 a.m.

24      This continuance is requested as negotiations are continuing

25 between the parties and additional time is needed for defense

26 investigation.

27      It is further stipulated that the period from September 5, 2008

28 through and including October 17, 2008 should be excluded pursuant to

1  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
2  counsel and defense preparation.
3  Dated: September 4, 2008          Respectfully submitted,
4                                    DANIEL J. BRODERICK
                                     Federal Defender
5
6                                    /s/ Lauren D. Cusick
                                     LAUREN D. CUSICK
7                                    Assistant Federal Defender
                                     Attorney for Defendant
8                                    OCTAVIO ZUNIGA MONDRAGON
9
   Dated: September 4, 2008          MCGREGOR W. SCOTT
10                                   United States Attorney
11
                                     /s/ Lauren D. Cusick
12                                   DANIEL S. McCONKIE
                                     Assistant U.S. Attorney
13                                   per telephonic authorization
14
                                  **O R D E R**
15
   IT IS SO ORDERED.
16
   Dated: Sept. 4, 2008
17
                                     /s/ Edward J. Garcia
18                                   EDWARD J. GARCIA
                                     United States District Judge
19
20
21
22
23
24
25
26
27
28

Stip and Order                       2