```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  LAUREN D. CUSICK, Bar #FL 0014255
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    OCTAVIO ZUNIGA MONDRAGON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 08-196-EJG |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: November 14, 2008 |
| OCTAVIO ZUNIGA MONDRAGON, ) | TIME: 10:00 a.m. |
| ) | JUDGE: Hon. Edward J. Garcia |
| Defendant. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendant, OCTAVIO ZUNIGA MONDRAGON by and through his counsel, LAUREN CUSICK, Assistant Federal Defender, that the status conference set for Friday, October 17, 2008 be continued to Friday, November 14, 2008 at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 14, 2008

pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: October 14, 2008        Respectfully submitted,
                               DANIEL J. BRODERICK
                               Federal Defender

                               /S/ Lauren D. Cusick
                               LAUREN D. CUSICK
                               Assistant Federal Defender
                               Attorney for Defendant
                               OCTAVIO ZUNIGA MONDRAGON


DATED: October 14, 2008        McGREGOR W. SCOTT
                               United States Attorney

                               /s/ Lauren D. Cusick for
                               DANIEL McCONKIE
                               Assistant U.S. Attorney
                               Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including November 14, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: October 15, 2008.        /s/ Edward J. Garcia
                                EDWARD J. GARCIA
                                United States District Judge