```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LAUREN D. CUSICK, Bar #CA 257570
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
OCTAVIO ZUNIGA MONDRAGON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>  v.<br>OCTAVIO ZUNIGA MONDRAGON,<br>  Defendant. | Cr.S. 08-196-EJG<br>**STIPULATION AND ORDER**<br>DATE: December 12, 2008<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendant, OCTAVIO ZUNIGA MONDRAGON by and through his counsel, LAUREN CUSICK, Assistant Federal Defender, that the status conference set for Friday, November 14, 2008 be continued to Friday, December 12, 2008 at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for December 12, 2008

pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 12, 2008        Respectfully submitted,
                                DANIEL J. BRODERICK
                                Federal Defender

                                /S/ Lauren D. Cusick
                                LAUREN D. CUSICK
                                Assistant Federal Defender
                                Attorney for Defendant
                                OCTAVIO ZUNIGA MONDRAGON


DATED: November 12, 2008        McGREGOR W. SCOTT
                                United States Attorney

                                /s/ Lauren D. Cusick for
                                DANIEL McCONKIE
                                Assistant U.S. Attorney
                                Attorney for Plaintiff



**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including December 12, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: November 12, 2008.        /s/ Edward J. Garcia
                                 EDWARD J. GARCIA
                                 United States District Judge