```
1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  LAUREN D. CUSICK, Bar #CA 257570
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   OCTAVIO ZUNIGA MONDRAGON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 08-196-EJG |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: January 9, 2009 |
| OCTAVIO ZUNIGA MONDRAGON, ) | TIME: 10:00 a.m. |
| ) | JUDGE: Hon. Edward J. Garcia |
| Defendant. ) | |
| ) | |
| _____) | |

It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendant, OCTAVIO ZUNIGA MONDRAGON by and through his counsel, LAUREN CUSICK, Assistant Federal Defender, that the evidentiary hearing set for February 13, 2009 and the motion schedule be vacated and a change of plea hearing/sentencing hearing be set for January 9, 2009 at 10:00 a.m.

The parties have came to a resolution in this matter and the defendant wishes to consent to the plea agreement

Speedy trial time is to be excluded from the date of this order

through the date of the change of plea/sentencing hearing set for January 9, 2009 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 7, 2009          Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Lauren D. Cusick
LAUREN D. CUSICK
Assistant Federal Defender
Attorney for Defendant
OCTAVIO ZUNIGA MONDRAGON

DATED: January 7, 2009          McGREGOR W. SCOTT
United States Attorney

/s/ Lauren D. Cusick for
DANIEL McCONKIE
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including January 9, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: January 7` 2009.          /s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge

**2**